No. 17–0095/AR.  U.S. v. Marcus V. Davis.  CCA 20150100.  Appellee's motion to seal the supplement to the petition for grant of review is granted.

No. 17–0117/AR.  U.S. v. Benjamin R. Etter.  CCA 20150422.  On consideration of Appellant's motion to withdraw the petition for grant of review without prejudice, it is ordered that said motion is hereby denied for lack of compliance with Rule 21(f), Rules of Practice and Procedure.

No. 17–0162/NA.  U.S. v. Keith Barry.  CCA 201500064.  Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to February 2, 2017.

No. 17–0184/MC.  U.S. v. Ronald Montano.  CCA 201400230.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 2, 2017.

No. 17–0187/AR.  U.S. v. Brian G. Short.  CCA 20150320.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 6, 2017.

No. 17–0189/AR.  U.S. v. Gary S. Oscar.  CCA 20140445.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 6, 2017.

No. 17–0191/NA.  U.S. v. Alexey N. Gebert.  CCA 201500381.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 6, 2017.

Monday, January 23, 2017

